LF 3011.OR1 (6/16)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MONTANA

In re: )
)  Case No. 17-60082
Chad E. & Heidi K. Taylor )
)  **WITHDRAW OF**
)  **APPLICATION FOR PAYMENT OF**
)  **UNCLAIMED FUNDS**
Debtor (s) )

## WITHDRAW OF APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

| 1. | **Full legal name of Claimant(s)** | Dilks & Knopik, LLC as assignee to AG Direct (Farm Credit Leasing) |
|---|---|---|
| 2. | **Name and Title of Authorizing Officer or Representative** (If Claimant is an individual, skip to Question No. 3) | Brian J Dilks - President |
| 3. | **Type of Entity** (corporation, LLC, partnership, individuals) | LLC |
| 4. | **Current Mailing Address** | 35308 SE Center St, Snoqualmie, WA 98065 |
| 5. | **Telephone Number** | 425-836-5728 |
| 6. | **SS#** *(last 4 digits only)* **or EIN #** | 74-3049851 |
| 7. | **Amount Being Claimed** | $26,420.31 |

On September 17, 2018, Dilks & Knopik, LLC did file an application for Payment of Unclaimed Funds (Docket #106). We respectfully withdraw this application.

Date: September 11, 2018         Claimant Signature: _____
                                                    Brian J Dilks
                                                    President and Member
                                                    Dilks & Knopik, LLC as assignee to
                                                    AG Direct (Farm Credit Leasing)
                                                    35308 SE Center Street
                                                    Snoqualmie, WA 98065
                                                    425-836-5728

Subscribed and Sworn to Before Me this 15th day of April, 2019

_____
Notary Public

In and for the State of WASHINGTON

My commission expires February 19, 2022

WITHDRAW OF APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS - 1